429 A.2d 103

Commonwealth v. Green, Appellant.

Argued April 15, 1980. Randall E. McCamey, for appellant; Donald E. Williams, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.